

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00305-CR |
| State, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| J. D. EXPUNGED, | § | of Collin County, Texas |
| Appellee. | § | |

§

**O R D E R**

The Court has expunged all court records in the above-numbered cause in accordance with an expunction order issued by County Court at Law No. 6 of Collin County, Texas. Consequently, the opinion and judgment, as well orders, correspondence, and other documents have been removed from the official record and destroyed. Likewise, the clerk's record and reporter's record have been destroyed. Any remaining records not completely destroyed have been redacted to remove the identity of the Appellee as permitted by the expunction order. All persons are advised that the release, maintenance, dissemination, or use of the expunged records and files for any purpose is prohibited. TEX.CODE CRIM.PROC.ANN. art. 55.03.

IT IS SO ORDERED this 2nd day of May, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez and Hughes, JJ.